No. 94–6355. ROSEBAR *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–6360. LAZOR *v.* SPERRY RAND CORP., UNIVAC DIVISION (NKA UNISYS CORP.). C. A. 3d Cir. Certiorari denied.

No. 94–6362. CHUKUNDAH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6366. BILLS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–6367. DUFFY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6371. KOSS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6374. CALDERON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6379. WERHAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6380. CARTER *v.* AMTRAK. C. A. 11th Cir. Certiorari denied.

No. 94–6384. SEXTON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–6394. PETERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–6399. BUCHANAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6407. COY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6411. ORR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6412. POWELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6419. SATHER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.